**Order entered January 29, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01339-CR

### DAYLIN BRIGGS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-75450-R**

## ORDER

Appellant's notice of appeal was timely filed on October 28, 2019. The clerk's record, filed December 6, 2019, shows appellant requested the reporter's record on October 31, 2019.

The reporter's record was due December 7, 2019. When in was not filed, we notified court reporter Georgina Ware by postcard dated December 11, 2019 and directed her to file by January 10, 2020 (1) the reporter's record, (2) written verification that no hearings were recorded, or (3) written verification appellant had not requested the reporter's record. To date, Ms. Ware has not filed the reporter's record, informed the Court no record was recorded, or otherwise communicated with the Court about the record.

We **ORDER** the reporter's record filed by **February 18, 2020**. We caution Ms. Ware that the failure to do so may result in the Court taking whatever remedies it has to ensure this

appeal proceeds in a timely fashion, including ordering she not sit until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Jennifer Bennett, Presiding Judge, 265th Judicial District Court; to Georgina Ware, official court reporter, 265th Judicial District Court; and to counsel for all parties.

/s/    BILL PEDERSEN, III
       JUSTICE